

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00438-CV

### IN THE INTEREST OF D.M., A CHILD

On Appeal from the
343rd District Court of Live Oak County, Texas
Trial Cause No. L-12-0182-CV-C

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. No costs are assessed as appellant filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

December 19, 2013